CHIEF JUSTICE
  J.J. KOCH

JUSTICES
BONNIE LEE GOLDSTEIN
CRAIG SMITH
DENNISE GARCIA
EMILY MISKEL
MARICELA BREEDLOVE
NANCY KENNEDY
TINA CLINTON
JESSICA LEWIS
GINO ROSSINI
CYNTHIA BARBARE
EARL JACKSON
MIKE LEE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
5ththeclerk@txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

March 20, 2025

**RECEIVED**

March 20, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711
*DELIVERED VIA E-MAIL*

RE:     Court of Appeals Number:     15-24-00133-CV
        Trial Court Case Number:      380-06242-2022

Style: Insight Investments, LLC v. StoneBriar Commercial Finance, LLC

Mr. Prine:

        The Fifth Court of Appeals is in agreement with the decision of the Fifteenth Court of Appeals to grant the motions to transfer this appeal to the Fifth Court of Appeals.  *See* Tex. R. App. P 27a(c)(1)(C).

                Respectfully,

                /s/Ruben Morin, Clerk of the Court